**DISMISS; and Opinion Filed August 6, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00584-CV

**PRODEA SYSTEMS, INC., Appellant**
**V.**
**VEWD SOFTWARE USA LLC D/B/A OPERA TV, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05729-E**

# MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Osborne

The clerk's record in this case is past due. By letter dated June 6, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed, and appellant has failed to provide the required documentation or otherwise correspond with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE


190584F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

PRODEA SYSTEMS, INC., Appellant

No. 05-19-00584-CV     V.

VEWD SOFTWARE USA LLC D/B/A
OPERA TV, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-05729-E.
Opinion delivered by Justice Osborne.
Justices Schenck and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee VEWD SOFTWARE USA LLC D/B/A OPERA TV
recover its costs of this appeal from appellant PRODEA SYSTEMS, INC.

Judgment entered this 6th day of August, 2019.